*George E. McGoldrick,* for the appellees (defendants).

*Archibald G. Marshall,* for the appellants (plaintiffs).

Argued March 3—decided March 3, 1970

MSG Corporation *v.* Howard M. Werner et al.

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*John R. Mrosek,* for the appellee (plaintiff).

*Donald F. Crowley,* for the appellants (defendants).

Argued March 3—decided March 3, 1970

The J and M Realty Company *v.* Zoning Board of Appeals of the City of Norwalk

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*Charles M. Needle,* for the appellee (plaintiff).

*Terrence J. Murphy, Jr.,* assistant corporation counsel, for the appellant (defendant).

Argued March 3—decided March 3, 1970

State of Connecticut *v.* Frances Carter

The motion by the defendant for an expedited hearing and decision on her appeal from the Superior Court in New Haven County concerning her conviction for contempt is denied.

*Catherine G. Roraback,* in support of the motion.

Submitted February 17—decided March 3, 1970